IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:21-CR-00065-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) **ORDER** |
| KEVIN BROOKS TATE, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the United States' Motion to Dismiss the Indictment, (Doc. No. 26), pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. For the reasons stated in the Motion, the Court **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that the Indictment, (Doc. No. 1), is **DISMISSED** without prejudice.

**SO ORDERED.**

Signed: May 17, 2022

Kenneth D. Bell
United States District Judge